**Electronically Filed
Supreme Court
SCWC-18-0000922
23-SEP-2022
12:02 PM
Dkt. 3 OGAC**

SCWC-18-0000922

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN
STANLEY ABS CAPITAL 1 INC. TRUST 2006-NC4,
Respondent/Plaintiff-Appellee,

vs.

BLAINE T. YATA,
Petitioner/Defendant-Appellant,

and

BROOKE J.C. RIOPTA; AMBER M. RIOPTA; CASIE A. RIOPTA,
and COUNTY OF KAUAI WASTEWATER MANAGEMENT, Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000922; CIV. NO. 5CC141000185)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on August 10, 2022, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, September 23, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins